| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Sonya A Jackson–Smith** | Social Security number or ITIN **xxx–xx–7297** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Texas** | Date case filed for chapter **7   9/30/18** |
| Case number:  **18–60630** | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Sonya A Jackson–Smith | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1802 Chestnut Ln<br>Longview, TX 75604 | | |
| 4. | **Debtor's attorney**<br>Name and address | Bradley S. Campbell<br>228 West Broad<br>Mineola, TX 75773 | | Contact phone 903–569–0000<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Jason Searcy.<br>P. O. Box 3929<br>Longview, TX 75606 | | Contact phone (903) 757–3399<br>Email _____ |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Plaza Tower <br> 110 N. College Avenue <br> Ninth Floor <br> Tyler, TX 75702 | Hours open Mon–Fri 8am–4pm <br><br> Contact phone 903–590–3200 <br><br> Date: 10/1/18 |
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 2, 2018 at 09:15 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Plaza Tower, 3rd Floor, Suite 301, 110 N. College Ave., Tyler, TX 75702** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/2/19** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

```
In re:                                                              Case No. 18-60630-bp
Sonya A Jackson-Smith                                               Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0540-6          User: duked              Page 1 of 1              Date Rcvd: Oct 01, 2018
                              Form ID: 309A            Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
```
db          +Sonya A Jackson-Smith,    1802 Chestnut Ln,    Longview, TX 75604-4311
7568039     +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
              Sherman Oaks, CA 91403-6630
7568040     +Longview Regional Medical Center,    2801 North Fourth street,    Longview, Texas 75605-5719
7568041     +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
7568045     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    PO Box 7860,
              Madison, WI 53707-7860
7568046     +USSA Federal Saving Bank/Nationstar,    Attn: Bankruptcy,    8950 Cypress Waters Blvd, Ste B,
              Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: bsc@clfpc.com Oct 02 2018 03:34:52     Bradley S. Campbell,    228 West Broad,
              Mineola, TX 75773
tr          +EDI: QJSEARCY.COM Oct 02 2018 07:18:00      Jason Searcy.,    P. O. Box 3929,
              Longview, TX 75606-3929
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Oct 02 2018 03:35:25     US Trustee,
              Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
7568032      E-mail/Text: bankruptcy@500fastcash.com Oct 02 2018 03:35:25     500 Fast Cash,    515 G SE,
              Miami, OK 74354-8224
7568033     +EDI: ACECASHXPRESS.COM Oct 02 2018 07:18:00      Ace Cash Express,
              1231 Greenway Drive, Suite 700,    Irving,Texas 75038-2556
7568034     +EDI: GMACFS.COM Oct 02 2018 07:18:00      Ally Financial,    Attn: Bankruptcy Dept,
              PO Box 380901,    Bloomington, MN 55438-0901
7568035     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Oct 02 2018 03:35:00      Cashnet USA,
              175 W Jackson Blvd, Suite 1000,    Chicago, IL 60604-2863
7568036     +EDI: DISCOVER.COM Oct 02 2018 07:18:00      Discover Financial,    PO Box 3025,
              New Albany, OH 43054-3025
7568037     +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 02 2018 03:36:15      Fifth Third Bank,
              Attn: Bankruptcy Department,    1830 E Paris Ave SE,    Grand Rapids, MI 49546-8803
7568038      EDI: IRS.COM Oct 02 2018 07:18:00      IRS,    Centralized Insolvency Operations,    PO Box 21126,
              Philidelphia, PA 19114-0326
7568042      EDI: NEXTEL.COM Oct 02 2018 07:18:00      Sprint,    PO Box 79357,
              City of Industry, CA 91716-9375
7568043     +EDI: RMSC.COM Oct 02 2018 07:18:00      Syncb/nations,    Attn: Bankruptcy,    PO Box 965060,
              Orlando, FL 32896-5060
7568044     +EDI: RMSC.COM Oct 02 2018 07:18:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
              PO Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
```
              Bradley S. Campbell    on behalf of Debtor Sonya A Jackson-Smith bsc@clfpc.com
              Jason Searcy.    jrstrustee@jrsearcylaw.com, TX38@ecfcbis.com;jrsearcy@ecf.epiqsystems.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```